# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Chapter 13 |
| Nikki Parham, ) | Case No. 20-16662 |
| ) | Hon. Deborah L. Thorne |
| Debtor. ) | |

## NOTICE OF MOTION

To:    Marilyn O. Marshall, 224 S. Michigan Ave., Ste. 800, Chicago, IL 60604, via electronic notice through the CM/ECF system; and

See Creditors on the attached Service List.

**PLEASE TAKE NOTICE** that on September 16, 2020, at 1:30 p.m. I shall appear before the Honorable Deborah L. Thorne, or any judge sitting in her place and stead, and present the Motion to Extend the Automatic Stay, a copy of which is attached.

This motion will be presented and heard telephonically. No personal appearance in court is necessary or permitted. To appear and be heard telephonically on the motion, you must set up and use an account with Court Solutions, LLC. You can set up an account at www.CourtSolutions.com or by calling Court Solutions at (917) 746-7476. If you object to this motion and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that a copy of the attached notice and motion was served to the attached parties at the addresses listed via First-Class Mail with postage prepaid, at the mailbox located at 2185 W. North Ave., Chicago, IL 60647, or via the methods listed above on September 8, 2020.

/s/ Mehul D. Desai
Attorney for Debtor
Swanson & Desai, LLC
2314 W. North Ave., Unit C-1W
Chicago, IL 60647
(312) 850-3328

```
Label Matrix for local noticing          U.S. Bankruptcy Court                     AT & T Mobility
0752-1                                   Eastern Division                          c/o AT&T Services, Inc.
Case 20-16662                            219 S Dearborn                            One AT&T Way, Room 3A104
Northern District of Illinois            7th Floor                                 Bedminster, NJ 07921-2693
Eastern Division                         Chicago, IL 60604-1702
Fri Sep  4 09:37:18 CDT 2020

Arnold Scott Harris P.C.                 Bank of America                           (p)BANK OF AMERICA
111 W Jackson Suite 600                  4909 Savarese Circle                      PO BOX 982238
Chicago, IL 60604-3517                   Fl1-908-01-50                             EL PASO TX 79998-2238
                                         Tampa, FL 33634-2413


Capital One                              Capital One                               Capital One Auto Finance
Attn: Bankruptcy                         Po Box 30281                              4515 N Santa Fe Ave Dept Aps
Po Box 30285                             Salt Lake City, UT 84130-0281             Oklahoma City, OK 73118-7901
Salt Lake City, UT 84130-0285


City of Chicago                          City of Chicago                           ComEd
121 N Lasalle St                         Corp Counsel Mark A. Flessner             Bankruptcy Department
Room 107A                                121 N LaSalle St Ste 600                  1919 Swift Drive
Chicago, IL 60602-1232                   Chicago, IL 60602-1244                    Oak Brook Terrace, IL 60523-1502


Devry University                         Fed Loan Serv                             IC System, Inc.
1200 E Diehl Rd                          Pob 60610                                 Attn: Bankruptcy
Chicago, IL 60653                        Harrisburg, PA 17106-0610                 Po Box 64378
                                                                                   St. Paul, MN 55164-0378


IC System, Inc.                          Jeffro Furniture                          LVNV Funding
Po Box 64378                             C/O Dimand Law Offices PC                 PO Box  10587
Saint Paul, MN 55164-0378                125 E Lake St Suite 206                   Henry, VA 24102-6000
                                         Bloomingdale, IL 60108-1117


Lakeview Loan Servicing LLC              Lori Lightfoot                            (p)M&T BANK
PO Box 840                               or Current Mayor - City of Chicago        LEGAL DOCUMENT PROCESSING
Buffalo, NY 14240-0840                   121 N. LaSalle Street, 4th Floor          626 COMMERCE DRIVE
                                         Chicago, IL 60602-1202                    AMHERST NY 14228-2307


Northwestern Medicine                    Peoples Gas Light & Coke Company          U.S. Department of Housing and Uban
C/O Ronald J Hennings PC                 200 E Randolph St                         451 7th Street S.W.
PO BOX 4106                              Chicago, IL 60601-6433                    Washington, DC 20410-0001
Saint Charles, IL 60174-9080


Joseph F Lentner                         Marilyn O Marshall                        Nikki Parham
Swanson and Desai LLC                    224 South Michigan Ste 800                7523 S Ridgeland Ave
2314 W North Ave                         Chicago, IL 60604-2503                    Chicago, IL 60649-3906
Unit C-1W
Chicago, IL 60647-6267


Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bank of America<br>Po Box 982238<br>El Paso, TX 79998 | M & T Bank<br>Attn: Bankruptcy<br>Po Box 844<br>Buffalo, NY 14240 | (d)M & T Bank<br>PO Box 1288<br>Buffalo, NY 14240 |
| (d)M & T Bank<br>Po Box 900<br>Millsboro, DE 19966 | End of Label Matrix<br>Mailable recipients    27<br>Bypassed recipients     0<br>Total                  27 | |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Chapter 13 |
| Nikki Parham, ) | Case No. 20-16662 |
| ) | Hon. Deborah L. Thorne |
| Debtor. ) | |

## MOTION TO EXTEND THE AUTOMATIC STAY

**NOW COMES** Nikki Parham, Debtor, by and through her attorneys, Swanson & Desai, LLC and move this Honorable Court to enter an Order extending the automatic stay and in support thereof states as follows:

1. That this Court has jurisdiction over this proceeding pursuant to 28 U.S.C. § 1334. Venue is proper pursuant to 28 U.S.C. § 1409(a). This is a core proceeding pursuant to 28 U.S.C. § 157.

2. Debtor filed a petition for relief pursuant to Chapter 13 Title 11 U.S.C. on September 3, 2020.

3. Debtor was in a previous Chapter 13 case (19-15136) filed on May 27, 2019, that was dismissed on January 13, 2020.

4. Debtor's prior case was dismissed for failure to make plan payments. See attached *Exhibit A* for affidavit.

5. During the prior case, Debtor lost her employment in September of 2019.

6. Due to the loss of income, Debtor was unable to maintain regular Chapter 13 plan payments.

7. Debtor's circumstances have since changed.

8. Debtor has found new employment with Creative Circle LLC.

9. In the current case, Debtor is pursuing a loan modification to reduce her outstanding liabilities to be paid through her Chapter 13 plan.

10. Debtor has stable income and believes she can make regular Chapter 13 plan payments in the current case.

11. Debtor's Schedules I and J from her previous case (19-15136) and Schedules I and J from her current case (20-16662) are attached as *Exhibit B* and *Exhibit C*.

12. Debtor has filed this case in good faith and is in a position to proceed.

**WHEREFORE**, Nikki Parham, Debtor, prays this Honorable Court enters an Order extending the automatic stay and for any further relief this Court deems fair and just.

Respectfully Submitted,

/s/ Mehul D. Desai
Attorney for Debtor
Swanson & Desai, LLC
2314 W. North Ave., Unit C-1W
Chicago, IL 60647
(312) 666-7882