Exhibit A. Case No. 20-16662

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

IN RE:	)
	)	CASE NO.
Nikki Parham	)
	)	CHAPTER 13
	)	**County:** Cook County

### AFFIDAVIT OF NIKKI PARHAM

I, Nikki Parham, on oath and having been sworn, state and aver the following:

1. My name is Nikki Parham.
2. I was a debtor in one dismissed case during the last year.
3. My previous bankruptcy case, 19-15136 was filed on May 27th, 2019 and was dismissed on January 13th, 2020.
4. My previous case was dismissed for failure to make plan payments.
5. During the last case I lost my employment in September of 2019.
6. Due to the loss of income I was unable to maintain my Chapter 13 plan payments.
7. In the current case I have found new employment with Creative Circle LLC.
8. In the current case I am pursuing a loan modification to reduce my outstanding liabilities to be paid through my Chapter 13 plan.
9. In the current case my income is stable and I am able to make my Chapter 13 plan payments
10. I have filed the current case in good faith and I am able to proceed.

Further Affiant Sayeth Not.
Dated: the ___ Day of _9_, 2020.

_Nikki Parham_ (signature)
Nikki Parham

SUBSCRIBED AND SWORN Before Me
This the _1st_ Day of _September_, 2020.

_Shaunise Trainor_ (signature)
NOTARY PUBLIC

OFFICIAL SEAL
Shaunise Trainor
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 11/01/2022