IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE |
| | ) | |
| NIKKI PARHAM, | ) | NO.: 20-16662 |
| | ) | |
| Debtor, | ) | CHAPTER 13 |
| | ) | |
| | ) | JUDGE: DEBORAH L. THORNE |

**<u>OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN</u>**

Now comes Lakeview Loan Servicing, LLC, by and through its attorneys, McCalla Raymer Leibert Pierce, LLC, and requests that Confirmation be denied, stating as follows:

1. On September 3, 2020, the Debtor filed the instant bankruptcy petition under Chapter 13 of the Bankruptcy Code (11 U.S.C. Sec. 1301 et seq.)

2. Lakeview Loan Servicing, LLC services the mortgage lien on the real property commonly known as 7523S Ridgeland Ave, Chicago, Il 60649.

3. Lakeview Loan Servicing, LLC is preparing to file a claim secured by an interest in the real property commonly known as 7523S Ridgeland Ave, Chicago, Il 60649.

4. The proof of claim that Lakeview Loan Servicing, LLC intends to file includes an estimated pre-petition arrearage in the amount of $32,039.81.

5. However, Part 3.1 of the Debtor's Chapter 13 plan provides for payment of $0.00 in pre-petition mortgage arrears over the life of the plan, which contravenes Lakeview Loan Servicing, LLC's rights under 11 U.S.C. §1322(b)(2) and/or §1322(b)(5).

6. Additionally, given that the estimated arrears are higher than provided for in the plan, the plan raises feasibility issues.

7. Therefore, sufficient grounds exist for the denial of confirmation as Debtor's plan is unfeasible and fails to cure the pre-petition arrears due to Lakeview Loan Servicing, LLC.

WHEREFORE, Lakeview Loan Servicing, LLC respectfully prays that Confirmation of the Debtor's Chapter 13 Plan be denied, and for such other and further relief as this Honorable Court deems just.

Respectfully Submitted,

Lakeview Loan Servicing, LLC
*/s/Toni  Townsend*
Toni  Townsend
ARDC# 6289370 cc

McCalla Raymer Leibert Pierce, LLC
1 N. Dearborn Suite 1200
Chicago, IL 60602
(312) 346-9088